**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00051-CV**
_____

**ESC IV LP D/B/A BROOKDALE DOWLEN OAKS AND BROOKDALE SENIOR LIVING, INC., Appellants**

**V.**

**TRUDY JINKS YOUNG AND CHARLENE JINKS YOUNG, Appellees**

_____

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-209,137**
_____

**MEMORANDUM OPINION**

ESC IV LP d/b/a Brookdale Dowlen Oaks and Brookdale Senior Living, Inc., Appellants, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on December 6, 2023
Opinion Delivered December 7, 2023

Before Golemon, C.J., Johnson and Wright, JJ.